No. pages 3

Thomas E. May

CHAPTER 7 TRUSTEE

5098 Foothills Blvd. 3-484

Roseville, CA 95747

(916) 740-4329

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:
WIEMER JR., ROBERT A.

,Debtors

CASE NO. 09-44733-A-7

DCN: TEM-02
DATE: December 13, 2010
TIME: 9:00 a.m.
DEPT: A, Courtroom 28, Seventh Floor
JUDGE: MICHAEL S. MCMANUS

### TRUSTEE'S MOTION TO SELL THE ESTATE'S INTEREST IN A MOTORHOME

Thomas E. May, Bankruptcy Trustee herein, respectfully represents:

1. WIEMER JR., ROBERT A. ("Debtor") filed a Chapter 7 petition on November 11, 2009.

2. Thomas E. May Has been appointed the Chapter 7 Trustee herein.

3. The Debtor has listed in his bankruptcy schedules, Schedule B, an interest in a 1994 Allegra MOTORHOME valued at $19,560.00. The California license is 7497RVY and the VIN is 4CDN6EL10R2902119. The Debtor has filed an amendment

(1)

involving schedule C dated August 4, 2010 and does not claim this MOTORHOME as exempt.

4. There are no perfected security interests against the MOTORHOME.

5. The Trustee has investigated the value of this asset on line and with Kelley Blue Book, and has considered that an auction would cost 20% of sale proceeds, and has determined that the trade in value is $16,390.00. The MOTORHOME has less than 95,000 miles on the odometer and is in fair condition.

6. The Trustee has received an offer from debtor Robert A. Wiemer Jr., 4732 Illinois Ave. Fair Oaks, California ("Buyer") to purchase the MOTORHOME for $16,390.00. The Buyer shall be responsible for any and all sales tax and transfer fees, if any. The Buyer has paid a down payment of $13,000.00 to the Trustee, and promises to have the balance of sale ($3,390.00) paid to Trustee prior to December 13, 2010. The Trustee has accepted this offer subject to the approval of the United States Bankruptcy Court and subject to overbid.

7. Overbidding is recommended in increments of $500.00 with overbids starting at a value of $16,890.00 or higher. The successful buyer shall pay to the Trustee the purchase price within 48 hours of the Court approval of the sale by certified funds at his office at 5098 Foothills Blvd. 3-484 Roseville, CA. 95747. At that time, the Trustee will provide the buyer with a Bill of Sale.

8. In the event, the successful buyer does not provide funds by 5:00 p.m. then the back up offer at the court hearing, if any, shall have until 5:00 p.m. of December 15, 2010 to provide the purchase price in certified funds to the Trustee.

(2)

9. The Trustee requests authority to sell the 1994 Allegra MOTORHOME for $16,390.00 to debtor Robert A. Wiemer Jr.

10. The Trustee further seeks a waiver of the 14 day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

**WHEREFORE,** Thomas E. May respectfully requests:

1. This Court approve the sale of the estate's interest in a 1994 Allegra MOTORHOME for $16,390.00 to Robert A. Wiemer Jr., or over bidder at higher value;

2. This Court authorizes the Trustee to provide a Bill of Sale and exercise any other documents to transfer the MOTORHOME to the buyer; and

3. For such other and further relief as the court deems appropriate.

DATED: November 8, 2010

Thomas E. May
Chapter 7 Trustee

(3)